CAUSE NO. 02-14-00062-CR    TR.Ct No 1346024-R

DEAR MR. ACOSTA                          Oct 13, 2015

Hello again Sir im trying to get the Courts my attention on helping me with my TRial Records, and at this point im also running out of time again, but hopefully some time this week i should hear from somebody, and if not then with all do respect im gonna have to ask you for an other Extension so i can go ahead, and file my P.D.R Petition For Discretion ary Review Sir, and im gonna send this Court everything that i have Already copy documents of my knowledge of my Court TRial Records to this Court Sir.

I hate to say this but i feel that ive been run over with these Court on helping me and now with all this ineffective counsel from the begaining is outragese Sir so thank you once again, and im praying that i'll hear from my County Clerk this week if not then ill jus have to do with what i have already. Thank you Sir. and God Bless us all

Sincerely MR. Briney

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 16 2015
Abel Acosta, Clerk